To: Honorable Judge McCarthy
From: Mr. La'Mal A. Williams

Your Honor I am contacting you in regards to my personal property that was taken in a raid at 198 Potomac Ave. Apt#4 in Buffalo N.Y. on 3-21-17. I am only asking for the unseized property to please be returned to me. All of these items have sentimental value to me, Especially one of the write gold 5ct diamond ring that my mother gave to me before she died in 2004 it was passed down to me. I just would like me property returned to me the same way the officer's took it Your Honor. I understand how things can come up missing or lost. So please help me get my property back. I have also informed my Attorney Robert M. Goldstein of this matter. These item were in my sentry safe.

① 2 white gold diamond rings
② 1 white gold diamond grill (meaning) teeth with mode
③ 1 pair of white gold diamond ear rings and 1 pair silver
④ 1 yellow gold diamond watch and 1 silver watch
⑤ 1 silver braclect
⑥ 1 Birth Certificate and 1 S.S. Card
⑦ 18,578.00 seized

Thank you
La'Mal Williams